UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY L. BENDER,

       Plaintiff,

Case No. 1:18-CV-611

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip Green in this action on August 19, 2019, recommending that the decision of the Commissioner be affirmed. The Report and Recommendation was duly served on Plaintiff on August 19, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation, filed August 19, 2019 (ECF No. 16), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

A separate judgment will enter.

This case is **concluded**.


Dated: September 10, 2019                                         /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE